UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACKSON VALENCIA and JOSE JIMENEZ, individually and on behalf of all others similarly situated,

    Plaintiffs,

-against-

LL FLOOR DESIGNS, INC., BIG APPLE FLOOR SERVICES, INC., and LESTER LOCKWOOD,

    Defendants.

---

Civil Case No. 1:24-cv-00709

**JUDGMENT**

On October 20, 2024, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED:

That Plaintiffs JACKSON VALENCIA and JOSE JIMENEZ have judgment against Defendants LL FLOOR DESIGNS, INC., BIG APPLE FLOOR SERVICES, INC., and LESTER LOCKWOOD in the amount of Seventy-Six Thousand Dollars and Zero Cents ($76,000.00), inclusive of attorneys' fees and costs.

Dated: October 21, 2024

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

SO ORDERED:

*Jennifer H. Rearden*
Hon. Jennifer H. Rearden